File Date: May 14, 2025
Case Number: 25-cr-00167
Judge Ann M. Donnelly
Magistrate Judge Lara K. Eshkenazi

MWG:RMU
F. #2025R00091

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

CRISOFORO ACEVEDO-ITURBE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Criminal Docket No. ____-____ (____)

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant CRISOFORO ACEVEDO-ITURBE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            May 14, 2025

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                    By:   *Rebecca M. Urquiola*
                                    Rebecca M. Urquiola
                                    Assistant United States Attorney
                                    (718) 254-6049

Cc:    Clerk of the Court
       Jullian Harris-Calvin, Esq.